# Payment Detail Listing

PR260 Date: 11/27/19 JOB SUBMISSION PARAMETERS
Time: 13:24

User Name: cenderma
Job Name: CYHAWK
Step Nbr: 1

| | | |
|---|---|---|
| Company: | 5140 | CyHawk Hospitality, Inc. |
| Process Level: | | |
| Department: | | |
| Processing Option: | | Company |
| Employee Group: | | |
| Employee: | 342306- | 342306 |
| Date: | 060119- 112719 | |
| Payment Type: | | All Types |
| Payment Detail: | Y | Yes |
| Report Option: | D | Detail |
| Print ACH Detail: | Y | Yes |
| Employee Sequence: | | |
| Total Common Curr/Countries: | N | No |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 06/03/19 | 163158 | System | 364.00 | 48.23 | 0.00 | 30.38 | 315.77 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 28.04 | 121.97 | FED W/H | 12.94 | 364.00 | | | COM SS | 22.57 | 364.00 |
| CCTips | | 242.03 | FICA-R | 22.57 | 364.00 | | | COM MDCR | 5.27 | 364.00 |
| | | | FICA-M | 5.27 | 364.00 | | | FUTA | 2.18 | 364.00 |
| | | | IA W/H | 7.45 | 364.00 | | | IA U/C | .36 | 364.00 |
| | | | | | | | | IA ARF | | 364.00 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 06/10/19 | 163771 | System | 506.15 | 82.17 | 0.00 | 42.27 | 423.98 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 37.26 | 162.08 | FED W/H | 28.85 | 506.15 | | | COM SS | 31.38 | 506.15 |
| CCTips | | 344.07 | FICA-R | 31.38 | 506.15 | | | COM MDCR | 7.34 | 506.15 |
| | | | FICA-M | 7.34 | 506.15 | | | FUTA | 3.04 | 506.15 |
| | | | IA W/H | 14.60 | 506.15 | | | IA U/C | .51 | 506.15 |
| | | | | | | | | IA ARF | | 506.15 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 06/10/19 | 744 | Manual | 407.95 | 58.22 | 30.00 | 34.07 | 294.73 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 17.95 | 78.08 | FED W/H | 17.33 | 407.95 | STOPFEE | 30.00 | COM SS | 25.29 | 407.95 |
| CCTips | | 196.92 | FICA-R | 25.29 | 407.95 | | | COM MDCR | 5.92 | 407.95 |
| REGULAR | 14.89 | 107.95 | FICA-M | 5.92 | 407.95 | | | FUTA | 2.45 | 407.95 |
| TIPS | | 25.00 | IA W/H | 9.68 | 407.95 | | | IA U/C | .41 | 407.95 |
| | | | | | | | | IA ARF | | 407.95 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 06/17/19 | 164412 | System | 511.00 | 83.38 | 0.00 | 42.66 | 427.62 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 39.75 | 172.91 | FED W/H | 29.44 | 511.00 | | | COM SS | 31.68 | 511.00 |
| CCTips | | 338.09 | FICA-R | 31.68 | 511.00 | | | COM MDCR | 7.41 | 511.00 |
| | | | FICA-M | 7.41 | 511.00 | | | FUTA | 3.06 | 511.00 |
| | | | IA W/H | 14.85 | 511.00 | | | IA U/C | .51 | 511.00 |
| | | | | | | | | IA ARF | | 511.00 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 06/24/19 | 165025 | System | 534.14 | 89.15 | 0.00 | 44.61 | 444.99 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 174.00 | FED W/H | 32.21 | 534.14 | | | COM SS | 33.12 | 534.14 |
| CCTips | | 359.59 | FICA-R | 33.12 | 534.14 | | | COM MDCR | 7.75 | 534.14 |
| OVERTIME | .07 | .55 | FICA-M | 7.75 | 534.14 | | | FUTA | 3.21 | 534.14 |
| | | | IA W/H | 16.07 | 534.14 | | | IA U/C | .53 | 534.14 |
| | | | | | | | | IA ARF | | 534.14 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 07/01/19 | 165644 | System | 406.49 | 57.88 | 0.00 | 33.94 | 348.61 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 30.32 | 131.89 | FED W/H | 17.19 | 406.49 | | | COM SS | 25.20 | 406.49 |
| CCTips | | 274.60 | FICA-R | 25.20 | 406.49 | | | COM MDCR | 5.89 | 406.49 |
| | | | FICA-M | 5.89 | 406.49 | | | FUTA | 2.44 | 406.49 |
| | | | IA W/H | 9.60 | 406.49 | | | IA U/C | .41 | 406.49 |

# Payment Detail Listing



| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 07/01/19 | 165644 | System | 406.49 | 57.88 | 0.00 | 33.94 | 348.61 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | IA ARF | | 406.49 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 07/08/19 | 166267 | System | 534.39 | 89.21 | 0.00 | 44.62 | 445.18 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 37.04 | 161.12 | FED W/H | 32.24 | 534.39 | | | COM SS | 33.14 | 534.39 |
| CCTips | | 373.27 | FICA-R | 33.14 | 534.39 | | | COM MDCR | 7.75 | 534.39 |
| | | | FICA-M | 7.75 | 534.39 | | | FUTA | 3.20 | 534.39 |
| | | | IA W/H | 16.08 | 534.39 | | | IA U/C | .53 | 534.39 |
| | | | | | | | | IA ARF | | 534.39 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 07/15/19 | 166878 | System | 496.81 | 79.84 | 0.00 | 41.49 | 416.97 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 36.84 | 160.25 | FED W/H | 27.73 | 496.81 | | | COM SS | 30.80 | 496.81 |
| CCTips | | 336.56 | FICA-R | 30.80 | 496.81 | | | COM MDCR | 7.20 | 496.81 |
| | | | FICA-M | 7.20 | 496.81 | | | FUTA | 2.99 | 496.81 |
| | | | IA W/H | 14.11 | 496.81 | | | IA U/C | .50 | 496.81 |
| | | | | | | | | IA ARF | | 496.81 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 07/22/19 | 167482 | System | 521.83 | 86.07 | 0.00 | 43.57 | 435.76 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 38.27 | 166.47 | FED W/H | 30.73 | 521.83 | | | COM SS | 32.35 | 521.83 |
| CCTips | | 355.36 | FICA-R | 32.35 | 521.83 | | | COM MDCR | 7.57 | 521.83 |
| | | | FICA-M | 7.57 | 521.83 | | | FUTA | 3.13 | 521.83 |
| | | | IA W/H | 15.42 | 521.83 | | | IA U/C | .52 | 521.83 |
| | | | | | | | | IA ARF | | 521.83 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 07/29/19 | 168087 | System | 338.99 | 42.56 | 0.00 | 28.31 | 296.43 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 25.54 | 111.10 | FED W/H | 10.44 | 338.99 | | | COM SS | 21.02 | 338.99 |
| CCTips | | 227.89 | FICA-R | 21.02 | 338.99 | | | COM MDCR | 4.92 | 338.99 |
| | | | FICA-M | 4.92 | 338.99 | | | FUTA | 2.03 | 338.99 |
| | | | IA W/H | 6.18 | 338.99 | | | IA U/C | .34 | 338.99 |
| | | | | | | | | IA ARF | | 338.99 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 08/05/19 | 168672 | System | 535.21 | 89.40 | 0.00 | 44.69 | 445.81 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 37.98 | 165.21 | FED W/H | 32.34 | 535.21 | | | COM SS | 33.18 | 535.21 |
| CCTips | | 370.00 | FICA-R | 33.18 | 535.21 | | | COM MDCR | 7.76 | 535.21 |
| | | | FICA-M | 7.76 | 535.21 | | | FUTA | 3.21 | 535.21 |
| | | | IA W/H | 16.12 | 535.21 | | | IA U/C | .54 | 535.21 |
| | | | | | | | | IA ARF | | 535.21 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 08/12/19 | 169280 | System | 478.96 | 75.44 | 0.00 | 40.00 | 403.52 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 37.90 | 164.87 | FED W/H | 25.59 | 478.96 | | | COM SS | 29.70 | 478.96 |
| CCTips | | 314.09 | FICA-R | 29.70 | 478.96 | | | COM MDCR | 6.94 | 478.96 |
| | | | FICA-M | 6.94 | 478.96 | | | FUTA | 2.88 | 478.96 |
| | | | IA W/H | 13.21 | 478.96 | | | IA U/C | .48 | 478.96 |
| | | | | | | | | IA ARF | | 478.96 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 08/19/19 | 169887 | System | 478.79 | 75.39 | 0.00 | 39.96 | 403.40 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 34.38 | 149.55 | FED W/H | 25.57 | 478.79 | | | COM SS | 29.68 | 478.79 |
| CCTips | | 329.24 | FICA-R | 29.68 | 478.79 | | | COM MDCR | 6.94 | 478.79 |
| | | | FICA-M | 6.94 | 478.79 | | | FUTA | 2.87 | 478.79 |
| | | | IA W/H | 13.20 | 478.79 | | | IA U/C | .47 | 478.79 |
| | | | | | | | | IA ARF | | 478.79 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 08/26/19 | 170560 | System | 530.97 | 88.35 | 0.00 | 44.34 | 442.62 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 174.00 | FED W/H | 31.83 | 530.97 | | | COM SS | 32.92 | 530.97 |
| CCTips | | 351.39 | FICA-R | 32.92 | 530.97 | | | COM MDCR | 7.70 | 530.97 |
| OVERTIME | .70 | 5.58 | FICA-M | 7.70 | 530.97 | | | FUTA | 3.18 | 530.97 |
| | | | IA W/H | 15.90 | 530.97 | | | IA U/C | .54 | 530.97 |
| | | | | | | | | IA ARF | | 530.97 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/02/19 | 171237 | System | 515.96 | 84.61 | 0.00 | 42.11 | 381.90 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 34.61 | 150.55 | FED W/H | 30.03 | 515.96 | | | COM SS | 31.99 | 515.96 |
| CCTips | | 315.96 | FICA-R | 31.99 | 515.96 | | | COM MDCR | 7.48 | 515.96 |
| TIPS | | 49.45 | FICA-M | 7.48 | 515.96 | | | FUTA | 2.13 | 354.32 |
| | | | IA W/H | 15.11 | 515.96 | | | IA U/C | .51 | 515.96 |
| | | | | | | | | IA ARF | | 515.96 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/09/19 | 171891 | System | 648.70 | 117.70 | 0.00 | 50.28 | 64.51 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 174.00 | FED W/H | 45.96 | 648.70 | | | COM SS | 40.22 | 648.70 |
| OVERTIME | 1.03 | 8.21 | FICA-R | 40.22 | 648.70 | | | COM MDCR | 9.41 | 648.70 |
| TIPS | | 466.49 | FICA-M | 9.41 | 648.70 | | | FUTA | | |
| | | | IA W/H | 22.11 | 648.70 | | | IA U/C | .65 | 648.70 |
| | | | | | | | | IA ARF | | 648.70 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/09/19 | 172454 | System | .01 | 0.00 | 0.00 | 0.00 | 466.50 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| CCTips | | 466.50 | FED W/H | | .01 | | | COM SS | | .01 |
| TIPS | | 466.49- | FICA-R | | .01 | | | COM MDCR | | .01 |
| | | | FICA-M | | .01 | | | FUTA | | |
| | | | IA W/H | | .01 | | | IA U/C | | .01 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/09/19 | 172454 | System | .01 | 0.00 | 0.00 | 0.00 | 466.50 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | IA ARF | | .01 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/16/19 | 172778 | System | 364.35 | 48.31 | 0.00 | 28.23 | 316.04 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 31.49 | 136.98 | FED W/H | 12.97 | 364.35 | | | COM SS | 22.59 | 364.35 |
| CCTips | | 227.37 | FICA-R | 22.59 | 364.35 | | | COM MDCR | 5.28 | 364.35 |
| | | | FICA-M | 5.28 | 364.35 | | | FUTA | | |
| | | | IA W/H | 7.47 | 364.35 | | | IA U/C | .36 | 364.35 |
| | | | | | | | | IA ARF | | 364.35 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/23/19 | 173456 | System | 424.48 | 62.04 | 0.00 | 32.91 | 362.44 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 32.57 | 141.68 | FED W/H | 19.05 | 424.48 | | | COM SS | 26.32 | 424.48 |
| CCTips | | 282.80 | FICA-R | 26.32 | 424.48 | | | COM MDCR | 6.16 | 424.48 |
| | | | FICA-M | 6.16 | 424.48 | | | FUTA | | |
| | | | IA W/H | 10.51 | 424.48 | | | IA U/C | .43 | 424.48 |
| | | | | | | | | IA ARF | | 424.48 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/23/19 | 173457 | System | 345.00 | 43.92 | 0.00 | 26.73 | 301.08 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| BONUS | | 345.00 | FED W/H | 11.04 | 345.00 | | | COM SS | 21.39 | 345.00 |
| | | | FICA-R | 21.39 | 345.00 | | | COM MDCR | 5.00 | 345.00 |
| | | | FICA-M | 5.00 | 345.00 | | | FUTA | | |
| | | | IA W/H | 6.49 | 345.00 | | | IA U/C | .34 | 345.00 |
| | | | | | | | | IA ARF | | 345.00 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 09/30/19 | 174116 | System | 490.05 | 78.17 | 0.00 | 37.98 | 411.88 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 34.68 | 150.86 | FED W/H | 26.92 | 490.05 | | | COM SS | 30.38 | 490.05 |
| CCTips | | 339.19 | FICA-R | 30.38 | 490.05 | | | COM MDCR | 7.11 | 490.05 |
| | | | FICA-M | 7.11 | 490.05 | | | FUTA | | |
| | | | IA W/H | 13.76 | 490.05 | | | IA U/C | .49 | 490.05 |
| | | | | | | | | IA ARF | | 490.05 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 10/07/19 | 174748 | System | 535.10 | 89.39 | 0.00 | 41.48 | 445.71 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 38.86 | 169.04 | FED W/H | 32.33 | 535.10 | | | COM SS | 33.18 | 535.10 |
| CCTips | | 366.06 | FICA-R | 33.18 | 535.10 | | | COM MDCR | 7.76 | 535.10 |
| | | | FICA-M | 7.76 | 535.10 | | | FUTA | | |
| | | | IA W/H | 16.12 | 535.10 | | | IA U/C | .54 | 535.10 |
| | | | | | | | | IA ARF | | 535.10 |

# Payment Detail Listing



| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 10/14/19 | 175368 | System | 329.91 | 40.48 | 0.00 | 25.56 | 289.43 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 24.94 | 108.49 | FED W/H | 9.53 | 329.91 | | | COM SS | 20.45 | 329.91 |
| CCTips | | 221.42 | FICA-R | 20.45 | 329.91 | | | COM MDCR | 4.78 | 329.91 |
| | | | FICA-M | 4.78 | 329.91 | | | FUTA | | |
| | | | IA W/H | 5.72 | 329.91 | | | IA U/C | .33 | 329.91 |
| | | | | | | | | IA ARF | | 329.91 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 10/21/19 | 175987 | System | 520.90 | 85.84 | 0.00 | 40.37 | 435.06 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 34.61 | 150.55 | FED W/H | 30.62 | 520.90 | | | COM SS | 32.30 | 520.90 |
| CCTips | | 370.35 | FICA-R | 32.30 | 520.90 | | | COM MDCR | 7.55 | 520.90 |
| | | | FICA-M | 7.55 | 520.90 | | | FUTA | | |
| | | | IA W/H | 15.37 | 520.90 | | | IA U/C | .52 | 520.90 |
| | | | | | | | | IA ARF | | 520.90 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 10/28/19 | 176604 | System | 333.74 | 41.36 | 0.00 | 25.86 | 292.38 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 24.19 | 105.23 | FED W/H | 9.91 | 333.74 | | | COM SS | 20.69 | 333.74 |
| CCTips | | 228.51 | FICA-R | 20.69 | 333.74 | | | COM MDCR | 4.84 | 333.74 |
| | | | FICA-M | 4.84 | 333.74 | | | FUTA | | |
| | | | IA W/H | 5.92 | 333.74 | | | IA U/C | .33 | 333.74 |
| | | | | | | | | IA ARF | | 333.74 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 11/04/19 | 177222 | System | 462.68 | 71.44 | 0.00 | 35.87 | 391.24 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 33.67 | 146.46 | FED W/H | 23.64 | 462.68 | | | COM SS | 28.69 | 462.68 |
| CCTips | | 316.22 | FICA-R | 28.69 | 462.68 | | | COM MDCR | 6.71 | 462.68 |
| | | | FICA-M | 6.71 | 462.68 | | | FUTA | | |
| | | | IA W/H | 12.40 | 462.68 | | | IA U/C | .47 | 462.68 |
| | | | | | | | | IA ARF | | 462.68 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 11/11/19 | 177837 | System | 471.12 | 73.51 | 0.00 | 36.51 | 397.61 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 31.37 | 136.46 | FED W/H | 24.65 | 471.12 | | | COM SS | 29.21 | 471.12 |
| CCTips | | 334.66 | FICA-R | 29.21 | 471.12 | | | COM MDCR | 6.83 | 471.12 |
| | | | FICA-M | 6.83 | 471.12 | | | FUTA | | |
| | | | IA W/H | 12.82 | 471.12 | | | IA U/C | .47 | 471.12 |
| | | | | | | | | IA ARF | | 471.12 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 11/18/19 | 178449 | System | 371.22 | 49.87 | 0.00 | 28.76 | 321.35 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 26.89 | 116.97 | FED W/H | 13.66 | 371.22 | | | COM SS | 23.01 | 371.22 |
| CCTips | | 254.25 | FICA-R | 23.01 | 371.22 | | | COM MDCR | 5.38 | 371.22 |
| | | | FICA-M | 5.38 | 371.22 | | | FUTA | | |
| | | | IA W/H | 7.82 | 371.22 | | | IA U/C | .37 | 371.22 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 11/18/19 | 178449 | System | 371.22 | 49.87 | 0.00 | 28.76 | 321.35 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | IA ARF | | 371.22 |

| Employee Name | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|
| 342306 BYRD, KATIE M. | 11/25/19 | 179078 | System | 448.38 | 67.93 | 0.00 | 34.76 | 380.45 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 34.19 | 148.73 | FED W/H | 21.92 | 448.38 | | | COM SS | 27.80 | 448.38 |
| CCTips | | 299.65 | FICA-R | 27.80 | 448.38 | | | COM MDCR | 6.51 | 448.38 |
| | | | FICA-M | 6.51 | 448.38 | | | FUTA | | |
| | | | IA W/H | 11.70 | 448.38 | | | IA U/C | .45 | 448.38 |
| | | | | | | | | IA ARF | | 448.38 |

| Totals Employee | 342306 | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|
| Totals Employee | 342306 | 12,907.28 | 1,999.86 | 30.00 | 1,042.32 | 10,802.97 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 903.34 | 3,929.50 | FED W/H | 666.66 | 12,907.28 | STOPFEE | 30.00 | COM SS | 800.25 | 12,907.28 |
| CCTips | | 8,436.04 | FICA-R | 800.25 | 12,907.28 | | | COM MDCR | 187.16 | 12,907.28 |
| REGULAR | 14.89 | 107.95 | FICA-M | 187.16 | 12,907.28 | | | FUTA | 42.00 | 7,000.00 |
| BONUS | | 345.00 | IA W/H | 345.79 | 12,907.28 | | | IA U/C | 12.91 | 12,907.28 |
| OVERTIME | 1.80 | 14.34 | | | | | | IA ARF | | 12,907.28 |
| TIPS | | 74.45 | | | | | | | | |

| | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|
| Totals Company | 12,907.28 | 1,999.86 | 30.00 | 1,042.32 | 10,802.97 |

| Earnings | Hours, Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 903.34 | 3,929.50 | FED W/H | 666.66 | 12,907.28 | STOPFEE | 30.00 | COM SS | 800.25 | 12,907.28 |
| CCTips | | 8,436.04 | FICA-R | 800.25 | 12,907.28 | | | COM MDCR | 187.16 | 12,907.28 |
| REGULAR | 14.89 | 107.95 | FICA-M | 187.16 | 12,907.28 | | | FUTA | 42.00 | 7,000.00 |
| BONUS | | 345.00 | IA W/H | 345.79 | 12,907.28 | | | IA U/C | 12.91 | 12,907.28 |
| OVERTIME | 1.80 | 14.34 | | | | | | IA ARF | | 12,907.28 |
| TIPS | | 74.45 | | | | | | | | |

| Totals Country, Currency | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|
| US United States o USD | 12,907.28 | 1,999.86 | 30.00 | 1,042.32 | 10,802.97 |

********** Report Completed **********

Heartland Family Service — Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 09/06/2020 |
| **Period End Date** | 09/19/2020 |
| **Pay Date** | 09/25/2020 |
| **Document** | 70244 |
| **Net Pay** | $613.49 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Katie Byrd** | **Employee Number** | 096405 | **Pay Group** | Hourly BW | |
| 306 3rd Ave SW | **SSN** | XXX-XX-XXXX | **Location** | Broadway Gendler Office | |
| Altoona, IA 50009 | **Job** | Crisis Counselor | **Department** | 68 - Disaster Recovery Project | |
| USA | **Pay Rate** | $0.0000 | **OrgLvl2** | DEF - Default | |
| | **Pay Frequency** | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 30.7500 | $676.50 | $676.50 |

Total Hours 30.7500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| **Deduction** | **Pre-Tax** | **Current** | **YTD** | **Current** | **YTD** |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $9.81 | $9.81 |
| Social Security Employee Tax | $41.94 | $41.94 |
| IA State Income Tax | $11.26 | $11.26 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $613.49 |
| Total | | $613.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $676.50 | $676.50 | $63.01 | $0.00 | $613.49 |
| YTD | $676.50 | $676.50 | $63.01 | $0.00 | $613.49 |

HEARTLAND family Service Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 09/20/2020 |
| Period End Date | 10/03/2020 |
| Pay Date | 10/09/2020 |
| Document | 70511 |
| Net Pay | $1,498.12 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Katie Byrd | Employee Number | 096405 | Pay Group | Hourly BW | |
| 306 3rd Ave SW | SSN | XXX-XX-XXXX | Location | Broadway Gendler Office | |
| Altoona, IA 50009 | Job | Crisis Counselor | Department | 68 - Disaster Recovery Project | |
| USA | Pay Rate | $0.0000 | OrgLvl2 | DEF - Default | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 79.0000 | $1,738.00 | $2,414.50 |

Total Hours 79.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $34.71 | $34.71 |
| Employee Medicare | $25.20 | $35.01 |
| Social Security Employee Tax | $107.76 | $149.70 |
| IA State Income Tax | $72.21 | $83.47 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,498.12 |
| Total | | $1,498.12 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,738.00 | $1,738.00 | $239.88 | $0.00 | $1,498.12 |
| YTD | $2,414.50 | $2,414.50 | $302.89 | $0.00 | $2,111.61 |

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 10/04/2020 |
| **Period End Date** | 10/17/2020 |
| **Pay Date** | 10/23/2020 |
| **Document** | 71014 |
| **Net Pay** | $1,506.36 |

## Pay Details

Katie Byrd
306 3rd Ave SW
Altoona, IA 50009
USA

| | |
|---|---|
| **Employee Number** | 096405 |
| **SSN** | XXX-XX-XXXX |
| **Job** | Crisis Counselor |
| **Pay Rate** | $0.0000 |
| **Pay Frequency** | Biweekly |

| | |
|---|---|
| **Pay Group** | Hourly BW |
| **Location** | Broadway Gendler Office |
| **Department** | 68 - Disaster Recovery Project |
| **OrgLvl2** | DEF - Default |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 79.5000 | $1,749.00 | $4,163.50 |

Total Hours 79.5000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $36.03 | $70.74 |
| Employee Medicare | $25.36 | $60.37 |
| Social Security Employee Tax | $108.44 | $258.14 |
| IA State Income Tax | $72.81 | $156.28 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,506.36 |
| Total | | $1,506.36 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,749.00 | $1,749.00 | $242.64 | $0.00 | $1,506.36 |
| YTD | $4,163.50 | $4,163.50 | $545.53 | $0.00 | $3,617.97 |

Heartland Family Service
Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 10/18/2020 |
| Period End Date | 10/31/2020 |
| Pay Date | 11/06/2020 |
| Document | 71601 |
| Net Pay | $1,506.36 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Katie Byrd | Employee Number | 096405 | Pay Group | Hourly BW | |
| 306 3rd Ave SW | SSN | XXX-XX-XXXX | Location | Broadway Gendler Office | |
| Altoona, IA 50009 | Job | Crisis Counselor | Department | 68 - Disaster Recovery Project | |
| USA | Pay Rate | $0.0000 | OrgLvl2 | DEF - Default | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 79.5000 | $1,749.00 | $5,912.50 |

Total Hours 79.5000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $36.03 | $106.77 |
| Employee Medicare | $25.36 | $85.73 |
| Social Security Employee Tax | $108.44 | $366.58 |
| IA State Income Tax | $72.81 | $229.09 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,506.36 |
| Total | | $1,506.36 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,749.00 | $1,749.00 | $242.64 | $0.00 | $1,506.36 |
| YTD | $5,912.50 | $5,912.50 | $788.17 | $0.00 | $5,124.33 |

HEARTLAND family Service Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 11/01/2020 |
| **Period End Date** | 11/14/2020 |
| **Pay Date** | 11/20/2020 |
| **Document** | 72097 |
| **Net Pay** | $1,502.25 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Katie Byrd** | **Employee Number** | 096405 | **Pay Group** | Hourly BW | |
| 306 3rd Ave SW | **SSN** | XXX-XX-XXXX | **Location** | Broadway Gendler Office | |
| Altoona, IA 50009 | **Job** | Crisis Counselor | **Department** | 68 - Disaster Recovery Project | |
| USA | **Pay Rate** | $0.0000 | **OrgLvl2** | DEF - Default | |
| | **Pay Frequency** | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 79.2500 | $1,743.50 | $7,656.00 |

Total Hours 79.2500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| **Deduction** | **Pre-Tax** | **Current** | **YTD** | **Current** | **YTD** |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $35.37 | $142.14 |
| Employee Medicare | $25.28 | $111.01 |
| Social Security Employee Tax | $108.09 | $474.67 |
| IA State Income Tax | $72.51 | $301.60 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,502.25 |
| Total | | $1,502.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,743.50 | $1,743.50 | $241.25 | $0.00 | $1,502.25 |
| YTD | $7,656.00 | $7,656.00 | $1,029.42 | $0.00 | $6,626.58 |

Heartland Family Service — Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 11/15/2020 |
| Period End Date | 11/28/2020 |
| Pay Date | 12/04/2020 |
| Document | 72925 |
| Net Pay | $1,510.48 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Katie Byrd | Employee Number | 096405 | Pay Group | Hourly BW | |
| 306 3rd Ave SW | SSN | XXX-XX-XXXX | Location | Broadway Gendler Office | |
| Altoona, IA 50009 | Job | Crisis Counselor | Department | 68 - Disaster Recovery Project | |
| USA | Pay Rate | $0.0000 | OrgLvl2 | DEF - Default | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay | 79.7500 | $1,754.50 | $9,410.50 |

Total Hours 79.7500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $36.69 | $178.83 |
| Employee Medicare | $25.44 | $136.45 |
| Social Security Employee Tax | $108.78 | $583.45 |
| IA State Income Tax | $73.11 | $374.71 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,510.48 |
| Total | | $1,510.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,754.50 | $1,754.50 | $244.02 | $0.00 | $1,510.48 |
| YTD | $9,410.50 | $9,410.50 | $1,273.44 | $0.00 | $8,137.06 |

Heartland Family Service — Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| Pay Statement | |
|---|---|
| Period Start Date | 11/29/2020 |
| Period End Date | 12/12/2020 |
| Pay Date | 12/18/2020 |
| Document | 73186 |
| Net Pay | $1,539.29 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Katie Byrd | Employee Number | 096405 | Pay Group | Hourly BW | |
| 306 3rd Ave SW | SSN | XXX-XX-XXXX | Location | Broadway Gendler Office | |
| Altoona, IA 50009 | Job | Crisis Counselor | Department | 68 - Disaster Recovery Project | |
| USA | Pay Rate | $0.0000 | OrgLvl2 | DEF - Default | |
| | Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Overtime | 1.0000 | $33.00 | $33.00 |
| Regular Pay | 80.0000 | $1,760.00 | $11,170.50 |

Total Hours 81.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $41.31 | $220.14 |
| Employee Medicare | $26.00 | $162.45 |
| Social Security Employee Tax | $111.17 | $694.62 |
| IA State Income Tax | $75.23 | $449.94 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,539.29 |
| Total | | $1,539.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,793.00 | $1,793.00 | $253.71 | $0.00 | $1,539.29 |
| YTD | $11,203.50 | $11,203.50 | $1,527.15 | $0.00 | $9,676.35 |

Heartland Family Service — Good works.

2101 S. 42 St
3rd Floor Admin
Omaha, NE 68105-2909

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 12/13/2020 |
| **Period End Date** | 12/26/2020 |
| **Pay Date** | 12/31/2020 |
| **Document** | 73893 |
| **Net Pay** | $1,514.59 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Katie Byrd** | **Employee Number** | 096405 | **Pay Group** | Hourly BW | |
| 306 3rd Ave SW | **SSN** | XXX-XX-XXXX | **Location** | Broadway Gendler Office | |
| Altoona, IA 50009 | **Job** | Crisis Counselor | **Department** | 68 - Disaster Recovery Project | |
| USA | **Pay Rate** | $0.0000 | **OrgLvl2** | DEF - Default | |
| | **Pay Frequency** | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Overtime | 0.0000 | $0.00 | $33.00 |
| Regular Pay | 80.0000 | $1,760.00 | $12,930.50 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| **Deduction** | **Pre-Tax** | **Current** | **YTD** | **Current** | **YTD** |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $37.35 | $257.49 |
| Employee Medicare | $25.52 | $187.97 |
| Social Security Employee Tax | $109.12 | $803.74 |
| IA State Income Tax | $73.42 | $523.36 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3202 | Checking | $1,514.59 |
| Total | | $1,514.59 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,760.00 | $1,760.00 | $245.41 | $0.00 | $1,514.59 |
| YTD | $12,963.50 | $12,963.50 | $1,772.56 | $0.00 | $11,190.94 |